# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No.  1:19-cr-10117-IT |
| MARJORIE KLAPPER | |

### DEFENDANT MARJORIE KLAPPER'S ASSENTED-TO MOTION FOR LEAVE OF COURT TO REDACT PORTIONS OF HER SENTENCING MEMORANDUM AND TO FILE CERTAIN EXHIBITS UNDER SEAL

NOW COMES Defendant Marjorie Klapper ("Mrs. Klapper") pursuant to Local Rule 7.2 and respectfully moves this Honorable Court to grant her leave to redact portions of her sentencing memorandum and to file certain exhibits under seal.

Mrs. Klapper submits the following in support of her motion:

1.  Portions of Mrs. Klapper's sentencing memorandum and certain exhibits in support thereof concern private medical information about family members. In addition, Mrs. Klapper's exhibits and portions of the memorandum contain details relating to her children, including their medical history, educational background, and current residence.

2.  Local Rule 7.2(a) provides that a party may move to seal or impound materials upon a showing of good cause.

3.  Although the Court must respect the public's right of access to its proceedings, there are times when the privacy rights of litigants and/or third parties appropriately limit the public's access to certain judicial records (e.g., medical information, personal family matters, etc.).  See United States v. Kravetz, 706 F.3d 47, 59 (1st Cir. 2013).

Mrs. Klapper submits that good cause exists in this case to protect the personal and privileged information regarding her children from public dissemination and disclosure.

4. The Government assents to Mrs. Klapper's within motion.

**WHEREFORE,** for the reasons set forth above, Mrs. Klapper respectfully requests that this Honorable Court **ALLOW** her motion to redact portions of her sentencing memorandum and to file certain exhibits under seal that concern private medical information.

Respectfully submitted,

**DEFENDANT MARJORIE KLAPPER**

By her attorneys,

Dated:  October 11, 2019

 /s/ *Daniel K. Gelb*
Daniel K. Gelb, Esquire
BBO# 659703
**GELB & GELB LLP**
900 Cummings Center, Suite 207-V
Beverly, Massachusetts 01915
Tel.  (617) 345-0010
Fax (617) 345-0009
dgelb@gelbgelb.com

*Appearing Pro Hac Vice*

Jonathan D. McDougall, Esquire
**LAW OFFICE OF JONATHAN D. MCDOUGALL**
1640 Laurel Street
San Carlos, CA 94070
Tel. (650) 594-4200
Fax (650) 594-4205
jmcdougall.law@gmail.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on October 11, 2019 the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all registered parties in the above-captioned action.

                                      /s/ *Daniel K. Gelb*
                                      Daniel K. Gelb, Esquire