UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARJORIE KLAPPER )<br>Defendant. ) | CASE NO. 1:19-CR-10117-008 -IT |

## SATISFACTION OF RESTITUTION AND/OR FINE JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, Marjorie Klapper, by payment in full. This Satisfaction does not affect any outstanding Order of Forfeiture or Forfeiture Money Judgment entered in the case.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

ANDREW E. LELLING
United States Attorney

By: /s/ Carol E. Head
CAROL E. HEAD (BBO 652170)
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3213
Carol.Head@usdoj.gov

Date: December 4, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2019, this document was filed through the ECF system and sent electronically to any registered participants and/or a paper copy was sent by mail to Marjorie Klapper located in Menlo Park, CA 94025.

/s/ Carol E. Head
CAROL E. HEAD
Assistant United States Attorney